400 A.2d 630

Commonwealth v. Marshall, Appellant.

Submitted October 24, 1978. Lester 'G. Nauhaus, Assistant Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.

400 A.2d 631

Commonwealth v. Murphy, Appellant.

Submitted October 23, 1978. Michael M. Mullen, Jr., for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.